W. WEST ALLEN
Nevada Bar No. 5566
wallen@lrrlaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89109
Telephone: (702) 949-8200
Facsimile: (702) 949-8398

E. LEIF REID
Nevada Bar No. 5750
lreid@lrrlaw.com
LEWIS ROCA ROTHGERBER LLP
50 West Liberty Street
Suite 410
Reno, NV 89501-1922
Telephone: (775) 321-3415
Facsimile: (775) 823-2929

THEODORE J. ANGELIS
(Will comply with LR IA 10-2 within 45 days)
theo.angelis@klgates.com
DOUGLAS B. GREENSWAG
(Will comply with LR IA 10-2 within 45 days)
douglas.greenswag@klgates.com
K&L GATES LLP
925 4th Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 370-8101
Facsimile: (206) 370-6006

*Attorneys for Defendant Square, Inc.*

LEWIS ROCA ROTHGERBER
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNWIRED PLANET LLC, a Nevada limited liability company,

Plaintiff,

v.

SQUARE, INC., a Delaware corporation

Defendants.

CASE NO.: 3:13-cv-00579-RCJ-WGC

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

**(First Request)**

LEWIS ROCA ROTHGERBER
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169

1. Plaintiff Unwired Planet LLC commenced this action by filing a Complaint for Patent Infringement ("the Complaint") on October 20, 2013, in the United States District Court for the District of Nevada;

2. Defendant Square, Inc. was served with the Complaint on October 23, 2013, and must currently answer, move, or otherwise respond to the Complaint on or before November 13, 2012;

3. The Complaint covers three asserted patents; and

4. An extension of time for Square to respond to the Complaint will allow Square necessary time to analyze potential defenses and prepare its response to the allegations in the Complaint;

THEREFORE, Plaintiff Unwired Planet LLC and Defendant Square, Inc. hereby stipulate that Defendant Square, Inc.'s time to answer, move, or otherwise respond to the Complaint shall

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

be extended by 30 days to Monday, December 16, 2013.

Dated: November 13, 2013

WATSON ROUNDS

By /s/ Michael D. Rounds
MICHAEL D. ROUNDS
Nevada Bar No. 4734
mrounds@watsonrounds.com
MATTHEW D. FRANCIS
Nevada Bar No. 6978
mfrancis@watsonrounds.com
ADAM K. YOWELL
Nevada Bar No. 11748
ayowell@watsonrounds.com
5371 Kietzke Lane
Reno, NV 89511-2083
Tel: 775.324.4100
Fax: 775.333.8171

DANIEL JOHNSON, JR.
CA State Bar No. 57409
djjohnson@morganlewis.com
BRETT M. SCHUMAN
CA State Bar No. 189247
bschuman@morganlewis.com
JASON E. GETTLEMAN
CA State Bar No. 269733
jgettleman@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel: 650.843.4000
Fax: 650.843.4001

*Attorneys for Plaintiff*
*UNWIRED PLANET LLC*

Dated: November 13, 2013

LEWIS ROCA ROTHGERBER LLP

By /s/ W. West Allen
W. WEST ALLEN
Nevada Bar No. 5566
wallen@lrrlaw.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89109

E. LEIF REID
Nevada Bar No. 5750
lreid@lrrlaw.com
LEWIS ROCA ROTHGERBER LLP
50 West Liberty Street
Suite 410
Reno, NV 89501-1922
Telephone: (775) 321-3415
Facsimile: (775) 823-2929

THEODORE J. ANGELIS
theo.angelis@klgates.com
DOUGLAS B. GREENSWAG
douglas.greenswag@klgates.com
K&L GATES LLP
925 4th Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 370-8101
Facsimile: (206) 370-6006

*Attorneys for Defendant SQUARE, INC.*

**IT IS SO ORDERED:**

______________________________
UNITED STATES DISTRICT JUDGE

DATED: ______________________

LEWIS ROCA ROTHGERBER
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169