# Exhibit A

**Unwired Planet™**

170 S. Virginia St
Suite 201
Reno, NV 89501
Tel: 775-553-7050

June 24, 2013

**Square, Inc.
795 Folsom Street
San Francisco, CA 94107
Attn: Dana Wagner**

Dear **Mr. Wagner**,

I am writing you this letter to give you some information about the new Unwired Planet and its extensive multi-layer mobile patent portfolio. My goal is to establish a positive working relationship that results in a patent license agreement between our companies. In addition to a license, given your business focus, we feel you may be interested in acquiring ownership of some our mobile payment technology.

Our company was founded in 1994 for the purpose of bringing the mobile internet and mobile applications to the market. One area of early focus included mobile payment methods and solutions. We have been known by many names over the years. Some of the most recognizable names from our past include **Unwired Planet** (1996 – 1999), **Phone.com** (1999 – 2001), **Openwave Systems** (after our $8 billion merger with **Software.com** 2001- 2012) and finally, **Unwired Planet** again as of May 2012.

Last spring, Unwired Planet completed the sale of our software businesses (and the Openwave name) to Marlin Equity Partners to allow us to focus all of our efforts on our expanding IP licensing business. In February 2013, we closed a very strategic and important revenue sharing transaction whereby we acquired over 2,150 patents and applications from Ericsson, many of which are fundamental to cellular communication. Included in this transaction are 37 patent families (209 issued patents and 53 pending applications) declared essential to 2G/3G/4G standards. This portfolio has a broad worldwide reach with significant numbers of important patents in all major world markets. I enclose a copy of our recent public slides from an analyst day we hosted in New York about the combined portfolios *(Appendix 1)*. I also enclose a copy of our comprehensive patent roster *(Appendix 2)*.

Unwired Planet today is a licensing company with a compelling, worldwide portfolio and a synergistic technology fit. Our business plan is to license our patents to derive value on behalf of Ericsson and our shareholders. We hope to do this with minimal litigation, although sometimes it is required to protect our value and our licensees.

As one example, in September 2012, we initiated significant patent infringement lawsuits against each of Google (10 patents) and Apple (10 additional separate patents). The 20 total patents in these cases reflect a number of high value mobile applications that Unwired Planet invented during its rich history of innovation. I enclose a copy of the press release we issued last September describing these patents and the legal actions *(Appendix 3)*. Unwired Planet also invented a number of additional highly valuable patents that are not in litigation.

We expect that our combined portfolio is of sufficient quality, scale and diversity that future litigation may not be necessary, as we seek to reach mutually beneficial royalty agreements with the mobile community.

We have spent a considerable amount of time, cost and energy in evaluating and classifying BOTH the Unwired Planet patents and the Ericsson patents. We are now prepared to enter the next phase of license negotiations around the world with several hundred claim charts completed (including many mobile internet & cloud services patents).

The subset of our portfolio that we believe is relevant to your company originates from Unwired Planet (and its acquired companies, such as Software.com, SignalSoft and many others) and relates to "cloud to mobile" services, in such areas as push technology, application stores, mobile advertising, location based services **and, perhaps of most interest to your company, mobile payments**. To our knowledge, your company does not market or sell mobile devices, and thus portions of our portfolio related to mobile device and base station technology is likely not relevant to your company.

I believe the time is right for our companies to sit down and have an extended discussion. I would invite you to consider signing an NDA similar to the one attached as *(Appendix 4)* to permit us to have an open discussion without risk to either party. You will find us to be professional, courteous, and interested in finding a solution that works for both companies.

I kindly request your response to this letter via email by July 11th and ask that you propose a meeting date soon thereafter.

Please do not hesitate to contact me if you would like to discuss anything.

Sincerely,

**Daniel J. Mendez**
EVP & General Manager, Intellectual Property
Daniel.mendez@unwiredplanet.com
Unwired Planet LLC
Office Phone: +1 (775) 980-2351