# Exhibit B



Kirupa Pushparaj <kirupa@squareup.com>

# Fwd: FW: Unwired Planet letter of June 24, 2013

**Dana Wagner** <dana@squareup.com>  
To: Kirupa Pushparaj <kirupa@squareup.com>

Tue, Aug 20, 2013 at 11:21 PM

REDACTED - ATTORNEY CLIENT PRIVILEGE/WORK PRODUCT

Privileged and Confidential | Attorney Client Communication

---------- Forwarded message ----------  
From: **Daniel Mendez** <Daniel.Mendez@unwiredplanet.com>  
Date: Tue, Aug 20, 2013 at 11:52 AM  
Subject: FW: Unwired Planet letter of June 24, 2013  
To: "Dana@squareup.com" <Dana@squareup.com>

Dear Mr. Wagner,

The attached letter was sent to your office on June 24, 2013, but we have as yet received no reply.

As stated in the letter, we believe that the time is right for our companies to sit down and have an extended discussion.

Unwired Planet is a public company (NASDAQ: UPIP), fully capitalized and charged by its Board with licensing its foundational portfolio of about 2400 patents -- a compelling, worldwide portfolio with a synergistic technology fit. We hope to do this with minimal litigation, although sometimes it is required to protect our value and our licensees. As one example, in September 2012, we initiated significant patent infringement lawsuits against each of Google (10 patents) and Apple (10 additional separate patents).

I would invite you to consider signing a copy of the NDA (also attached) to permit us to have a frank and an open discussion without risk to either party. You will find us to be professional, courteous, and interested in finding a solution that works for both companies.

Please respond to this email so that we can coordinate setting up a meeting.

Best Regards,

Daniel Mendez

General Manager, Unwired Planet

**2 attachments**


**Appendix 4.doc**
52K


**Square - Wagner.pdf**
281K