Exhibit C



Kirupa Pushparaj <kirupa@squareup.com>

---

## Fwd: FW: Unwired Planet letter of June 24, 2013

**Kirupa Pushparaj** <kirupa@squareup.com>                                      Wed, Aug 28, 2013 at 3:34 PM
To: Daniel.Mendez@unwiredplanet.com
Cc: Kirupa Pushparaj <kirupa@squareup.com>

Dear Daniel,

I am an IP attorney at Square, Inc.  Dana forwarded your email over to me and asked that I respond.  First, thank your for your email referencing Unwired Planet's patent portfolio.  As an initial matter, Square respects valid intellectual property rights of others and itself owns important intellectual property rights in, for example, mobile payment technologies.

Your original letter references a portfolio that spans over 50 pages and lists the titles of over 2400 patents and applications, without providing any specific indication of patents you think may be relevant to Square.  Your email does not provide any additional information either.  Given the limited size of our company, we are unable to review this enormous listing without at least some preliminary direction from you.  Please identify for us any specific patents that you believe might be relevant to Square.  Such identification will allow us to provide a more detailed response to your letter.  Also, for any patents you identify, please provide corresponding file histories for our review.

Best,

Kirupa Pushparaj
IP Counsel | Square, Inc.
415.375.3176 ext. 74558


---------- Forwarded message ----------
From: **Daniel Mendez** <Daniel.Mendez@unwiredplanet.com>
Date: Tue, Aug 20, 2013 at 11:52 AM
Subject: FW: Unwired Planet letter of June 24, 2013
To: "Dana@squareup.com" <Dana@squareup.com>


Dear Mr. Wagner,


The attached letter was sent to your office on June 24, 2013, but we have as yet received no reply.


As stated in the letter, we believe that the time is right for our companies to sit down and have an extended discussion.


Unwired Planet is a public company (NASDAQ: UPIP), fully capitalized and charged by its Board with licensing its foundational portfolio of about 2400 patents -- a compelling, worldwide portfolio with a synergistic technology fit.  We hope to do this with minimal litigation, although sometimes it is required to protect our value and our licensees.  As one example, in September 2012, we

initiated significant patent infringement lawsuits against each of Google (10 patents) and Apple (10 additional separate patents).

I would invite you  to consider signing a copy of the NDA (also attached) to permit us to have a frank and an open discussion without risk to either party. You will find us to be professional, courteous, and interested in finding a solution that works for both companies.

Please respond to this email so that we can coordinate setting up a meeting.

Best Regards,

Daniel Mendez

General Manager, Unwired Planet

<Appendix 4.doc><Square - Wagner.pdf>