Exhibit D

 **Square** Kirupa Pushparaj <kirupa@squareup.com>

## Fwd: FW: Unwired Planet letter of June 24, 2013

**Daniel Mendez** <Daniel.Mendez@unwiredplanet.com>  Thu, Aug 29, 2013 at 3:44 PM
To: Kirupa Pushparaj <kirupa@squareup.com>

Thank you for your reply, Kirupa.

As stated in the letter, we would be glad to give you more concrete direction and identify specific patents that may be of interest to you. In particular, we do have a manageable subset of patents in the mobile payment space that may be very interesting given your corporate direction and, if you were you so inclined, we are also open to a strategic sale of these assets.

In order to have a frank and open discussion while protecting both companies, however, the next step is for us to sign the attached NDA. Please let me know if our attached form is acceptable or if there are any changes that you would require.

Best Regards,

Daniel

**From:** Kirupa Pushparaj [mailto:kirupa@squareup.com]
**Sent:** Wednesday, August 28, 2013 3:35 PM
**To:** Daniel Mendez
**Cc:** Kirupa Pushparaj
**Subject:** Re: Unwired Planet letter of June 24, 2013

[Quoted text hidden]

 **Appendix 4.doc**
52K