DANIEL JOHNSON, JR.
CA State Bar No. 57409
djjohnson@morganlewis.com
BRETT M. SCHUMAN
CA State Bar No. 189247
bschuman@morganlewis.com
JASON E. GETTLEMAN
CA State Bar No. 269733
jgettleman@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306
Tel:     650.843.4000
Fax:    650.843.4001

MICHAEL D. ROUNDS
Nevada Bar No. 4734
mrounds@watsonrounds.com
RYAN J. CUDNIK
Nevada Bar No. 12948
rcudnik@watsonrounds.com
ADAM K. YOWELL
Nevada Bar No. 11748
ayowell@watsonrounds.com
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV  89511-2083
Tel:    775.324.4100
Fax:   775.333.8171

Attorneys for Plaintiff
UNWIRED PLANET LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **UNWIRED PLANET LLC, a Nevada limited liability company,**<br><br>             **Plaintiff,**<br><br>       vs.<br><br>**SQUARE, INC., a Delaware corporation,**<br><br>             **Defendant.** | **CIVIL ACTION NO. 3:13-CV-00579-RCJ-WGC**<br><br>**PLAINTIFF UNWIRED PLANET LLC'S ANSWER TO SQUARE, INC.'S COUNTERCLAIMS TO FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT** |
| **AND RELATED COUNTERCLAIMS** | |

# ANSWER TO COUNTERCLAIMS OF DEFENDANT SQUARE, INC. BY PLAINTIFF UNWIRED PLANET LLC.

Plaintiff and Counterclaim Defendant Unwired Planet LLC ("Unwired Planet") hereby responds to and answers Defendant and Counterclaimant Square, Inc.'s ("Square") counterclaims, as these appear in Defendant's Square Inc.'s Answer to First Amended Complaint for Patent Infringement (Dkt. No. 35), beginning at page 8, line 19, as follows:

1. Admitted.

2. Denied.

3. Unwired Planet admits that Square purports to state counterclaims for declaratory relief that each of U.S. Patents Nos. 7,711,100; 7,376,433; and 8,275,359 (collectively, the "Asserted Patents") is invalid and has not been infringed by Square. Unwired Planet admits that Square contends that this Court has subject matter jurisdiction over its counterclaims under 28 U.S.C. §§ 1331, 1338, and 2201.

4. Unwired Planet admits that it has submitted to personal jurisdiction and venue for this case in this District. Unwired Planet admits that Square has filed a motion to transfer this case to the Northern District of California. Unwired Planet denies the other allegations of paragraph 4.

5. Admitted.

6. Denied.

7. Unwired Planet admits that an actual controversy has arisen and now exists between Square and Unwired Planet as to infringement and validity of the Asserted Patents. Unwired Planet denies the other allegations of paragraph 7.

## First Counterclaim – "Declaration of Non-Infringement"

8. Unwired Planet admits that Square purports to restate and incorporate by reference each of the allegations of all of the preceding paragraphs of its Answer and Counterclaims.

9. Unwired Planet admits that it is the owner and assignee of all rights, title and interest in the Asserted Patents.

10. Unwired Planet admits that, in paragraph 19 of its Complaint, Unwired Planet

alleges that Square directly infringes the Asserted Patents.

11. Denied.

12. Unwired Planet is without knowledge or information sufficient to form a belief as to the truth of Square's statement regarding Mobile Devices, and on that basis denies it. Unwired Planet denies the other allegations of paragraph 12.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Unwired Planet is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19 and, on that basis, denies them.

20. Denied.

21. Denied.

**Second Counterclaim – "Declaration of Patent Invalidity"**

22. Unwired Planet admits that Square purports to restate and incorporate by reference each of the allegations of all of the preceding paragraphs of its Answer and Counterclaims.

23. Denied.

24. Denied.

**DEMAND FOR JURY TRIAL**

25. Unwired Planet requests a trial by jury of all issues properly triable by a jury.

**PRAYER FOR RELIEF**

1-7. Unwired Planet denies that Defendant and Counterclaimant Square is entitled to any of the relief sought in paragraphs 1-7 of its Prayer for Relief, or any other relief.

Dated: February 18, 2014                                Respectfully submitted,


By   /s/ *Michael D. Rounds*
   Michael D. Rounds
   Nevada Bar No. 4734
   mrounds@watsonrounds.com
   Ryan J. Cudnik
   Nevada Bar No. 12948
   rcudnik@watsonrounds.com
   Adam K. Yowell
   Nevada Bar No. 11748
   ayowell@watsonrounds.com
   WATSON ROUNDS
   5371 Kietzke Lane
   Reno, NV  89511-2083
   Tel:     775.324.4100
   Fax:     775.333.8171

   Daniel Johnson, Jr.
   California State Bar No. 57409
   Brett M. Schuman
   California State Bar No. 189247
   Jason E. Gettleman
   California State Bar No. 269733
   MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
   3000 El Camino Real, Suite 700
   Palo Alto, CA 94306
   Tel:     650.843.4000
   Fax:     650.843.4001

   *Attorneys for Plaintiff*
   *UNWIRED PLANET LLC*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

4

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Watson Rounds, and that on this date a true and correct copy of the foregoing document, **PLAINTIFF UNWIRED PLANET LLC's ANSWER TO SQUARE, INC.'S COUNTERCLAIMS TO FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**, will be served upon counsel of record via electronic mail through the United States District Court's CM/ECF system.

Dated: February 18, 2014

 /s/ *Jeff Tillison*
An Employee of Watson Rounds

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO