W. WEST ALLEN
Nevada Bar No. 5566
wallen@lrrlaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89109
Telephone: (702) 949-8200
Facsimile: (702) 949-8398

E. LEIF REID
Nevada Bar No. 5750
lreid@lrrlaw.com
LEWIS ROCA ROTHGERBER LLP
50 West Liberty Street
Suite 410
Reno, NV 89501-1922
Telephone: (775) 321-3415
Facsimile: (775) 823-2929

THEODORE J. ANGELIS (admitted pro hac vice)
theo.angelis@klgates.com
DOUGLAS B. GREENSWAG (admitted pro hac vice)
douglas.greenswag@klgates.com
K&L GATES LLP
925 4th Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 370-8101
Facsimile: (206) 370-6006

*Attorneys for Defendant Square, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **UNWIRED PLANET LLC**, a Nevada limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>**SQUARE, INC.**, a Delaware corporation<br><br>Defendant. | CASE NO. 3:13-CV-00579-RCJ-WGC<br><br>**STIPULATION AND ORDER TO RESCHEDULE CLAIM CONSTRUCTION HEARING TO ACCOMMODATE COUNSEL'S WEDDING** |

4561642_1

1. The Court entered its Discovery Plan and Scheduling Order (Dkt.# 47) on March 17, 2014, which sets Monday, September 8, 2014 as the date for the claim construction hearing pursuant to Local Rule 16.1-17.

2. In house counsel for Defendant Square, Inc. ("Square") will be married in India in early September, and there are wedding related events scheduled for the weekend of September 6-7.

3. Plaintiff Unwired Planet LLC ("Unwired Planet") and Square have agreed to move the claim construction hearing to a date between September 15-26, to accommodate Square's counsel's wedding, if the Court has another full day available during that time period.

4. If the Court is unavailable during the time frame proposed in paragraph 3 above, the parties agree that the claim construction hearing will take place on Monday, September 8, 2014 as previously scheduled.

///

///

///

///

///

///

///

///

///

///

///

4561642_1

2

THEREFORE, the Parties hereby stipulate and agree to move the claim construction hearing to any date between September 15-26 the Court is available for a full day claim construction hearing during that time period.

IT IS SO STIPULATED,

Dated: May 20, 2014

WATSON ROUNDS

By */s/ Michael D. Rounds*
  MICHAEL D. ROUNDS
  Nevada Bar No. 4734
  mrounds@watsonrounds.com
  MATTHEW D. FRANCIS
  Nevada Bar No. 6978
  mfrancis@watsonrounds.com
  ADAM K. YOWELL
  Nevada Bar No. 11748
  ayowell@watsonrounds.com
  5371 Kietzke Lane
  Reno, NV 89511-2083
  Tel: 775.324.4100
  Fax: 775.333.8171
  *Attorneys for Plaintiff*
  *UNWIRED PLANET LLC*

  MORGAN, LEWIS & BOCKIUS LLP
  DANIEL JOHNSON, JR.
  CA State Bar No. 57409
  djjohnson@morganlewis.com
  BRETT M. SCHUMAN
  CA State Bar No. 189247
  bschuman@morganlewis.com
  JASON E. GETTLEMAN
  CA State Bar No. 269733
  jgettleman@morganlewis.com
  2 Palo Alto Square 3000 El Camino Real,
  Suite 700
  Palo Alto, CA 94306

Dated: May 20, 2014

LEWIS ROCA ROTHGERBER LLP

By */s/ W. West Allen*
  W. WEST ALLEN
  Nevada Bar No. 5566
  wallen@lrrlaw.com
  3993 Howard Hughes Parkway, Suite 600
  Las Vegas, Nevada 89109
  E. LEIF REID
  Nevada Bar No. 5750
  lreid@lrrlaw.com

  LEWIS ROCA ROTHGERBER LLP
  50 West Liberty Street
  Suite 410
  Reno, NV 89501-1922
  Telephone: (775) 321-3415
  Facsimile: (775) 823-2929

  THEODORE J. ANGELIS
  theo.angelis@klgates.com
  DOUGLAS B. GREENSWAG
  douglas.greenswag@klgates.com
  K&L GATES LLP
  925 4th Avenue, Suite 2900
  Seattle, WA 98104
  Telephone: (206) 370-8101
  Facsimile: (206) 370-6006
  *Attorneys for Defendant SQUARE, INC*

.

4561642_1                    3

**ORDER**

The portion of the Court's Discovery Plan and Scheduling Order (Dkt.# 47) that sets the claim construction hearing in this matter for September 8, 2014 at 9:00 a.m. is VACATED. The new hearing date for the claim construction hearing is _____.

**IT IS SO ORDERED:**

_____
HON. ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

4561642_1                                    4