DANIEL JOHNSON, JR.  (*pro hac vice*)
CA State Bar No. 57409
djjohnson@morganlewis.com
BRETT M. SCHUMAN  (*pro hac vice*)
CA State Bar No.  189247
bschuman@morganlewis.com
JASON E. GETTLEMAN  (*pro hac vice*)
CA State Bar No. 269733
jgettleman@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306
Tel:     650.843.4000
Fax:     650.843.4001

MICHAEL D. ROUNDS
Nevada Bar No. 4734
mrounds@watsonrounds.com
ADAM K. YOWELL
Nevada Bar No. 11748
ayowell@watsonrounds.com
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV  89511-2083
Tel:     775.324.4100
Fax:     775.333.8171

Attorneys for Plaintiff
UNWIRED PLANET LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Unwired Planet LLC, | Case No. 3:13-cv-00579-RCJ-WGC |
| Plaintiff, | **CASE MANAGEMENT REPORT AND UPDATED PROPOSED SCHEDULE** |
| vs. | |
| Square Inc., | |
| Defendant. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 25423122.2

1

CASE MANAGEMENT REPORT AND
UPDATED PROPOSED SCHEDULE 3:13-
CV-00579-RCJ-WGC

# CASE MANAGEMENT REPORT AND

# PROPOSED MODIFICATION OF SCHEDULING ORDER

Plaintiff Unwired Planet LLC ("Unwired Planet") has filed an <u>unopposed</u> motion for leave to file a Second Amended Complaint that adds claims for patent infringement against a Square offering called Square Order.  Unwired Planet and Defendant Square, Inc. ("Square") have agreed to adjust the existing scheduling order, subject to the Court's approval, to accommodate the required discovery and litigation of Unwired Planet's existing and new claims and Square's defenses.  Accordingly, the parties have agreed on the following modified dates and discovery plan pursuant to Fed.R.Civ.P. 26(f):

| DEADLINE OR EVENT | AGREED DATE |
| --- | --- |
| Unwired Planet to serve updated Infringement Contentions pursuant to LR 16.1-12 | November 12, 2014 |
| Square to serve updated Non-Infringement, Invalidity, and/or Unenforceability Contentions in response to all of Unwired Planet's updated Infringement Contentions pursuant to LR 16.1-8 | 45 days after entry of order amending complaint or November 12, whichever is later |
| Square to serve document production accompanying updated Non-Infringement, Invalidity, and/or Unenforceability Contentions pursuant to LR 16.1-9 | 45 days after entry of order amending complaint or November 12, whichever is later |
| Unwired Planet to serve Response to updated Non-Infringement, Invalidity, and/or Unenforceability Contentions pursuant to LR 16.1-10 | 14 days after service of Square's updated Non-Infringement, Invalidity, and/or Unenforceability Contentions |
| Opening expert reports on issues for which the serving party has the burden of proof | May 7, 2015 |
| Last day to amend pleadings or add parties | July 3, 2015 |
| Rebuttal expert reports on issues for which the other party has the burden of proof | July 10, 2015 |
| Completion of expert discovery | September 3, 2015 |
| Fact discovery cut-off date | September 3, 2015 |
| Filing of any dispositive or *Daubert* Motions | November 2, 2015 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

2

CASE MANAGEMENT REPORT AND
UPDATED PROPOSED SCHEDULE 3:13-
CV-00579-RCJ-WGC

DB2/ 25423122.2

1   Dated: November 7, 2014                 Respectfully submitted,

2

3                                           By   /s/ Michael D. Rounds
                                               Michael D. Rounds
4                                              Nevada Bar No. 4734
                                               mrounds@watsonrounds.com
5                                              Adam K. Yowell
                                               Nevada Bar No. 11748
6                                              ayowell@watsonrounds.com
                                               WATSON ROUNDS
7                                              5371 Kietzke Lane
                                               Reno, NV  89511-2083
8                                              Tel:        775.324.4100
                                               Fax:        775.333.8171
9
                                               Daniel Johnson, Jr. (*pro hac vice*)
10                                             California State Bar No. 57409
                                               Brett M. Schuman (*pro hac vice*)
11                                             California State Bar No. 189247
                                               Jason E. Gettleman (*pro hac vice*)
12                                             California State Bar No. 269733
                                               MORGAN, LEWIS & BOCKIUS LLP
13                                             2 Palo Alto Square
                                               3000 El Camino Real, Suite 700
14                                             Palo Alto, CA 94306
                                               Tel:        650.843.4000
15                                             Fax:        650.843.4001

16
                                               Attorneys for Plaintiff
17                                             UNWIRED PLANET LLC

18

19

20       **IT IS SO ORDERED.**

21       **DATED:  November 20, 2014.**

22

23                                          _____
                                            UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO                                                        CASE MANAGEMENT REPORT AND
                                          3          UPDATED PROPOSED SCHEDULE 3:13-
                                                                       CV-00579-RCJ-WGC
DB2/ 25423122.2