W. WEST ALLEN
Nevada Bar. No. 5566
HOWARD & HOWARD PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 667-4843
Facsimile: (702) 567-1568
wwa@h2law.com

THEODORE J. ANGELIS (admitted pro hac vice)
theo.angelis@klgates.com
DOUGLAS B. GREENSWAG (admitted pro hac vice)
douglas.greenswag@klgates.com
K&L GATES LLP
925 4th Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 370-8101
Facsimile: (206) 370-6006

*Attorneys for Defendant Square, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **UNWIRED PLANET LLC, a Nevada limited liability company**<br><br>**Plaintiff,**<br><br>vs.<br><br>**SQUARE, INC., a Delaware corporation**<br><br>**Defendant.** | CASE NO. 3:13-CV-00579-RCJ-WGC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Unwired Planet LLC and Defendant Square, Inc. hereby agree to the dismissal with prejudice of all

/ / /

/ / /

/ / /

claims asserted against Defendant Square, Inc. and all counterclaims asserted against Plaintiff Unwired Planet LLC in this action. Each party shall bear its own costs, expenses and attorney's fees.

Respectfully submitted,

Dated: March 18, 2016

By /s/ Michael D. Rounds
MICHAEL D. ROUNDS
Nevada Bar No. 4734
mrounds@bhfs.com
ADAM K. YOWELL
Nevada Bar No. 11748
ayowell@bhfs.com
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511

BRETT M. SCHUMAN (*pro hac vice*)
California State Bar No. 189247
bschuman@goodwinprocter.com
GOODWIN PROCTER LLP
Three Embarcadero Center, 24th Floor
San Francisco, CA 94111

*Attorneys for Plaintiff*
*UNWIRED PLANET LLC*

Dated: March 18, 2016

By /s/ W. West Allen
W. WEST ALLEN
Nevada Bar No. 5566
HOWARD & HOWARD PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169

THEODORE J. ANGELIS
theo.angelis@klgates.com
DOUGLAS B. GREENSWAG
douglas.greenswag@klgates.com
K&L GATES LLP
925 4th Avenue, Suite 2900
Seattle, WA 98104

*Attorneys for Defendant*
*SQUARE, INC.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _ April 1, 2016.

Dated this 18th day of March, 2016.

                                            Howard & Howard Attorneys PLLC


                                            By  /s/ W. West Allen
                                            W. West Allen
                                            Nevada Bar No. 5566
                                            3800 Howard Hughes Parkway, Suite 1000
                                            Las Vegas, NV 89169
                                            v 702.257.1483
                                            f 702.567.1568
                                            wwa@h2law.com
                                            ***Attorneys for Plaintiff and CounterDefendant Rimini Street, Inc., and Counter Defendant Seth Ravin***

## CERTIFICATE OF SERVICE

I hereby certify that on _March 18_, 2016, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record receiving electronic notification.

                                            An Employee of Howard & Howard PLLC